IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

AUG 11 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-01586-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

EDWIN MARK ACKERMAN,

    Plaintiff,

v.

STATE OF COLORADO,
GOVERNOR BILL OWENS,
ATTORNEY GENERAL KEN SALIZAR [sic],
COLORADO DEPARTMENT OF CORRECTIONS,
DIRECTOR OF CDOC JOE ORTIZ,
FREMONT CORRECTIONAL FACILITY,
FCF WARDEN GARY WATKINS,
ASST. WARDEN SUSAN JONES,
FCF ANITA WILLIAMS,
ASST. WARDEN GLORIA MASTERSON,
HOUSING MAJ. DOUG DIEDRICH,
HOUSING CAPT. CAPT. JOHN HYATT,
CH5 CAPT. TORRES,
CH5 C/O SHELTON
CH5 C/O GILLIS,
CH5 LT. DEPPE,
CH5 CASE MANAGER BETTY FULTON,
HEAD CASE MANAGER JOHN CARROLL,
CASE MANAGER WRIGHT,
CASE MANAGER G. JONES,
LT. JAMES HARDING,
CASE MANAGER SHELLY ORITZ,
CASE MANAGER JOHN PRATT,
HEARING OFFICER CHARLES TAPPE,
LT. LANCE JOHNSON,
LT. JEFF HAWKINS,
LT. GREG CLAYTON,
HEARINGS OFFICER PAT SHINER, and
MENTAL HEALTH MR. STEELE,

    Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915, a Preliminary Injunction, a Motion to Sue Without Payment of Cost with Order, and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted document is deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (<u>Account statement submitted is not certified by a prison official</u>.)
(4) ___ is missing required financial information
(5) ___ is missing an original signature by the prisoner
(6) ___ is not on proper form (must use the court's current form)
(7) ___ names in caption do not match names in caption of complaint, petition or habeas application
(8) ___ An original and a copy have not been received by the court. Only an original has been received.
(9) ___ other: _____

**Complaint, Petition or Application:**
(10) ___ is not submitted
(11) ___ is not on proper form (must use the court's current form)
(12) ___ is missing an original signature by the prisoner
(13) ___ is missing page nos. ___
(14) ___ uses et al. instead of listing all parties in caption
(15) ___ An original and a copy have not been received by the court. Only an original has been received.

(16) __ Sufficient copies to serve each defendant/respondent have not been received by the court.
(17) __ names in caption do not match names in text
(18) __ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order.** Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this  9th  day of  August , 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-CV-01586-BNB

Edwin Mark Ackerman
Prisoner No. 87741
Fremont Corr. Facility
PO Box 999
Canon City, CO 81215-0999

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8-11-06

GREGORY C. LANGHAM, CLERK

By: /s/
    Deputy Clerk