**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01586-ZLW

EDWIN MARK ACKERMAN,

      Plaintiff,

v.

STATE OF COLORADO,
GOVERNOR BILL OWENS,
ATTORNEY GENERAL KEN SALIZAR [sic],
COLORADO DEPARTMENT OF CORRECTIONS,
DIRECTOR OF CDOC JOE ORTIZ,
FREMONT CORRECTIONAL FACILITY,
FCF WARDEN GARY WATKINS,
ASST. WARDEN SUSAN JONES,
FCF ANITA WILLIAMS,
ASST. WARDEN GLORIA MASTERSON,
HOUSING MAJ. DOUG DIEDRICH,
HOUSING CAPT. CAPT. JOHN HYATT,
CH5 CAPT. TORRES,
CH5 C/O SHELTON,
CH5 C/O GILLIS,
CH5 LT. DEPPE,
CH5 CASE MANAGER BETTY FULTON,
HEAD CASE MANAGER JOHN CARROLL,
CASE MANAGER WRIGHT,
CASE MANAGER G. JONES,
LT. JAMES HARDING,
CASE MANAGER SHELLY ORTIZ,
CASE MANAGER JOHN PRATT,
HEARING OFFICER CHARLES TAPPE,
LT. LANCE JOHNSON,
LT. JEFF HAWKINS,
LT. GREG CLAYTON,
HEARINGS OFFICER PAT SHINER, and
MR. STEELE, Mental Health,

      Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 7 2006

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

This matter is before the Court on Plaintiff's "Motion for Status of Preliminary Injunction," and a separate Document titled, "Preliminary Injunction," both filed on October 16, 2006.  Previously on October 12, 2006, the Court dismissed the Complaint, Amended Complaint, and the action without prejudice for failure to exhaust administrative remedies.  Therefore, the October 16, 2006, Motions are DENIED as moot.

Dated:  October 17, 2006
Copies of this Minute Order mailed on October 17, 2006, to the following:

Edwin Mark Ackerman
Prisoner No. 87741
Fremont Corr. Facility
PO Box 999
Cañon City, CO 81215- 0999

Secretary/Deputy Clerk